# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139496

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DONTAE COOK,
          Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139496
COA: 292010
Wayne CC: 08-000674

_____/

On order of the Court, the application for leave to appeal the June 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk